# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00564-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

MICAH BLACKFEATHER,

    Applicant,

v.

COMMANDER BLACK,

    Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant, an inmate at the Boulder County Jail in Boulder, Colorado, has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 3).   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined the documents are deficient as described in this order.   Applicant will be directed to cure the following if he wishes to pursue any claims in this action.   Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___    is not submitted
(2)   ___    is missing affidavit
(3)   ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   xx    is missing certificate showing current balance in prison account
(5)   ___    is missing required financial information

(6)  ___  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) ___  other: _____.

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) ___  is not on proper form
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ____
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___  other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.   Any papers that Applicant files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED March 8, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge