**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00564-GPG

MICAH BLACKFEATHER,

    Applicant,

v.

COMMANDER BLACK,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    This matter is before the court on the motion (ECF No. 5) in which Applicant requests a stay in each of his three pending cases, including the instant action, and copies of all "paperwork or transcripts, motions, complaints, letters and exhibits or evidence sent to him." The motion is DENIED because Applicant fails to allege facts that demonstrate a stay is necessary or appropriate, it is not clear what documents he is seeking copies of, and he fails to demonstrate he is entitled to copies. To the extent Applicant may be seeking copies of papers filed with this court, he may obtain copies by contacting the clerk of the court and paying any necessary fees.

    Applicant is reminded that he must cure the deficiency in this action if he wishes to pursue his claims. In order to cure the deficiency he must submit a certificate showing the current balance in his inmate account. Applicant shall have **thirty (30) days from the date of this minute order** to cure the deficiency. Applicant also is reminded that the action will be dismissed without further notice if he fails to cure the deficiency within the time allowed.

Dated:   March 29, 2016